OPINION — AG — **** SPECIAL APPROPRIATIONS-FESTIVALS-UNCONSTITUTIONAL **** THE SPECIFIC APPROPRIATIONS MADE TO THIRTY-TWO DIFFERENT EXPOSITIONS, COMMUNITY FESTIVALS, CELEBRATIONS, ETC. UNDER 74 O.S. 1968 Supp., 285 [74-285](3A), ARE CONSTITUTIONALLY INVALID WITH THE EXCEPTION OF THE APPROPRIATION MADE TO THE WESTERN PLAINS INDIAN ARTS AND CRAFTS COMMISSION BRIAN H. UPP ** SEE: OPINION NO. 69-198 (1969) **